1186

No. 03–7313. WILSON v. DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION. C. A. 5th Cir. Certiorari denied.

No. 03–7331. LAPSLEY v. UNITED STATES. C. A. 8th Cir.
Certiorari denied.

No. 03–7335. BRYSON v. UNITED STATES. C. A. 4th Cir. Cer-
tiorari denied.

No. 03–7430. BAEZA-CASTILLO, AKA LOPEZ, AKA LOPEZ-
CASTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7490. EDWARDS v. MISSOURI. Sup. Ct. Mo. Certio-
rari denied.

No. 03–7567. COTTON v. DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION. C. A. 5th Cir. Certiorari denied.

No. 03–7583. FOREMAN v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 03–7594. KRIMSKY v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 03–7669. PAGEL v. UTAH STATE PRISON ET AL. C. A.
10th Cir. Certiorari denied.

No. 03–7671. THOMPSON v. OKLAHOMA ET AL. C. A. 10th Cir.
Certiorari denied.

No. 03–7672. WALLACE v. WALLER, WARDEN. C. A. 5th Cir.
Certiorari denied.

No. 03–7673. VELASQUEZ v. CALDERON, WARDEN. C. A. 9th
Cir. Certiorari denied.

No. 03–7675. MCDONALD v. CALIFORNIA ET AL. C. A. 9th Cir.
Certiorari denied.

No. 03–7676. NEWMAN v. CALIFORNIA. Ct. App. Cal., 2d App.
Dist. Certiorari denied.